UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH ALLEN BRYANT,

Defendant.
______________________________/

No. 1:26-cr-19

INDICTMENT
**PENALTY SHEET**

Felon in possession of a firearm – 18 U.S.C. § 922(g)(1)

**Maximum Penalty:** Not less than 15 years and not more than life in prison and/or $250,000 fine [18 U.S.C. § 924(e), 18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Date: February 26, 2026

/s/*Alexis M. Sanford*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046